· Charles Caravella, Appellant, v. Mario Quarrella, Appellee.

Gen. No. 47,105.

First District, First Division.
April 29, 1957.
Rehearing denied May 20, 1957.
Released for publication May 21, 1957.

Sidney S. Altman, for appellant; Epton, Scott, McCarthy & Epton (Bernard E. Epton, and Alfred S. Druth, of counsel) for appellee. Opinion by JUDGE BURKE. Not to be published in full.